*State, Respondent, v. Matheny, Petitioner*, No. 92785-5. Petition for review of a decision of the Court of Appeals, No. 32824-4-III, January 12, 2016, 192 Wn. App. 1012. *Granted on a specific issue* and *remanded* to the superior court June 1, 2016.

*Snohomish County et al., Respondents, v. Pollution Control Hr'gs Bd. et al., Petitioners*, No. 92805-3. Petitions for review of a decision of the Court of Appeals, No. 46378-4-II, January 19, 2016, 192 Wn. App. 316. *Granted* June 1, 2016.

*State, Respondent, v. Vargas, Petitioner*, No. 92502-0. Petition for review of a decision of the Court of Appeals, Nos. 32390-1-III, 32391-9-III and 32392-7-III, October 13, 2015, 190 Wn. App. 1033. *Denied* June 1, 2016.

*State, Respondent, v. Parker, Petitioner*, No. 92547-0. Petition for review of a decision of the Court of Appeals, No. 73667-1-I, October 19, 2015, 190 Wn. App. 1037. Petition for review *denied* and review of the issue raised in respondent's answer *denied* June 1, 2016.

*In re Dependency of Ca.R. et al.*, No. 92576-3. Motion for discretionary review of a decision of the Court of Appeals, Nos. 32765-5-III, 32776-1-III and 32777-9-III, December 8, 2015, 191 Wn. App. 601. *Denied* June 1, 2016.

*State, Respondent, v. Baker, Petitioner*, No. 92596-8. Petition for review of a decision of the Court of Appeals, No. 71034-6-I, November 9, 2015, 191 Wn. App. 1005. *Denied* June 1, 2016.

*State, Respondent, v. Neisler, Petitioner*, No. 92606-9. Petition for review of a decision of the Court of Appeals, No. 32898-8-III, November 10, 2015, 191 Wn. App. 259. *Denied* June 1, 2016.